UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| LESLIE EARL BYNUM | CIVIL ACTION |
| VERSUS | NO. 11-1611 |
| TERREBONNE PARISH CONSOLIDATED GOVERNMENT, ET AL | SECTION "N" (4) |

## O R D E R

The Court, having considered the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of the plaintiff to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that Leslie Earl Bynum's complaint against the defendants, the Terrebonne Parish Consolidated Government, Sheriff Vernon Bourgeois, Major Malcolm Wolfe, Major Mike Solet, Captain Thomas Cope, Captain Claude Triche, Captain Mitch Dupre, Detective Shane Fletcher, Detective John Doe, Warden Major Leeroy Lirette, Jr., Lieutenant Shane Schwausch, Lieutenant John Babin, Lieutenant Chris Cobb, Lieutenant Devon Jones, Sergeant Linda Babin, Deputy Chad Ledet, Deputy Tim Perry, Medical Director Richard Neal, Margie Whitney, RN, Parish Attorney Dana Schwab, Parish Attorney Courtney Alcock, Terrebonne Parish Office of the District Attorney, 32nd Judicial District, District Attorney Joseph L. Waitz, Jr., Assistant District Attorney Carlos E. Lazarus, Assistant District Attorney Juan W. Pickett, Assistant District Attorney Matthew



H. Hagen, Assistant District Attorney Michele Morel, Terrebonne Parish Clerk of Court's Office, Clerk of Court Robert Bobby Boudreaux, Office of the Public Defender, 32nd Judicial District, Anthony P. Champagne, Attorney, Kerry P. Byrne, Attorney, Barron Whipple, Attorney, Robert James Pastor, Attorney, Robert Brown, Investigator, Judge George J. Larke, Jr., William H. Dunckleman, Hearing Officer, and Alicia T. Wooley, Court Reporter, is **DISMISSED WITHOUT PREJUDICE** as frivolous and for failure to state a claim for which relief can be granted pursuant to 28 U.S.C. § 1915(e).

New Orleans, Louisiana, this 21st day of December, 2011.

_____
UNITED STATES DISTRICT JUDGE